[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-10434

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

PEDRO JAVIER HERNANDEZ SOSA,
a.k.a. Javi Karola,
a.k.a. Javi Carolina,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

2                    Opinion of the Court                    22-10434

D.C. Docket No. 8:19-cr-00510-SCB-SPF-4

_____

Before WILSON, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

Victor Zamora, appointed counsel for Pedro Javier Hernandez Sosa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez Sosa's conviction and sentence is **AFFIRMED**.